# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA - MIAMI

Civil Case No. 1:18-cv-24988-FAM

| | |
|---|---|
| SANTIAGO PADILLA and MURRAY L. SHAMES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation,<br><br>        Defendant. | District Judge Federico A. Moreno<br>Courtroom 13-3<br><br>**CLASS ACTION**<br><br><br>Complaint Filed November 29, 2018<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Santiago Padilla and Murray L. Shames and Defendant Porsche Cars North America, Inc. (collectively, the "Parties"), through their undersigned counsel, that the above-captioned action is voluntarily dismissed with prejudice against Porsche Cars North America, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear their own fees and costs.

                Respectfully submitted,

Dated: April 17, 2020         *s/ J. Trumon Phillips*
                                      Fredrick H.L. McClure (FSB 147354)
                                      J. Trumon Phillips (FSB 84568)
                                      **DLA PIPER LLP (US)**
                                      3111 W. Dr. Martin Luther King Jr. Blvd.,
                                      Suite 300
                                      Tampa, Florida 33607-6233
                                      Tel: (813) 222-5908
                                      Fax: (813) 371-1111
                                      fredrick.mcclure@dlapiper.com
                                      trumon.phillips@dlapiper.com
                                      sheila.hall@dlapiper.com

                                                -   and   -

William F. Kiniry, Jr. (*pro hac vice*)
Matthew A. Goldberg (*pro hac vice*)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103-7300
Tel: (215) 656-3300
Fax: (215) 656-3301
william.kiniry@dlapiper.com
matthew.goldberg@dlapiper.com

*Attorneys for Defendant Porsche Cars North America, Inc.*

Respectfully submitted,

Dated: April 17, 2020

*s/ T. Michael Morgan*
T. Michael Morgan (FSB 0062229)
Andrew Parker Felix (FSB 00685607)
**MORGAN & MORGAN, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, Florida 32801
Tel: (407) 420-1414
Fax: (407) 641-5846
mmorgan@forthepeople.com
afelix@forthepeople.com

Timothy G. Blood (*pro hac vice*)
Paula R. Brown (*pro hac vice*)
Aleksandr J. Yarmolinets (CA 276707)
**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, California 92101
Tel: (619) 338-1100
Fax: (619) 338-1101
tblood@bholaw.com
pbrown@bholaw.com
ayarmolinets@bholaw.com

Ray P. Boucher (CA 115364)
Maria L. Weitz (CA 268100)
**BOUCHER LLP**
26100 Oxnard Street, Suite 600
Woodland Hills, California 91367
Tel: (818) 340-5400
Fax: (818) 340-5401
ray@boucher.la
weitz@boucher.la

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2020, I electronically filed the foregoing Stipulation for Voluntary Dismissal with the Clerk of the Court using the CM/ECF filing system, which effected service on the following counsel of record for Plaintiffs.

| | |
|---|---|
| T. Michael Morgan (FSB 0062229)<br>Andrew Parker Felix (FSB 00685607)<br>**MORGAN & MORGAN, P.A.**<br>20 North Orange Avenue, Suite 1600<br>Orlando, Florida 32801<br>Tel: (407) 420-1414<br>Fax: (407) 641-5846<br>mmorgan@forthepeople.com<br>afelix@forthepeople.com | Timothy G. Blood (*pro hac vice*)<br>Paula R. Brown (*pro hac vice*)<br>Aleksandr J. Yarmolinets (CA 276707)<br>**BLOOD HURST & O'REARDON, LLP**<br>501 West Broadway, Suite 1490<br>San Diego, California 92101<br>Tel: (619) 338-1100<br>Fax: (619) 338-1101<br>tblood@bholaw.com<br>pbrown@bholaw.com<br>ayarmolinets@bholaw.com |
| Ray P. Boucher (CA 115364)<br>Maria L. Weitz (CA 268100)<br>**BOUCHER LLP**<br>26100 Oxnard Street, Suite 600<br>Woodland Hills, California 91367<br>Tel: (818) 340-5400<br>Fax: (818) 340-5401<br>ray@boucher.la<br>weitz@boucher.la | |

*s/ J, Trumon Phillips*
J. Trumon Phillips