UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-24988-CIV-MORENO**

SANTIAGO PADILLA and MURRAY L.
SHAMES, individually and on behalf of all
others similarly situated,

       Plaintiffs,

vs.

PORSCHE CARS NORTH AMERICA, INC.,
a Delaware Corporation,

       Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the Stipulation for Voluntary Dismissal **(D.E. 39)**, filed on **April 17, 2020**.

THE COURT has considered the Stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, with each party bearing its own fees and costs.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th of April 2020.

*/s/ Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record